In the United States District Court
For the District of Connecticut

---

United States of America,

        Respondent,

v.

Ryan Washington,

        Petitioner.

Criminal Dkt.
3:01CR00114(AHN)

Civil Dkt.
3:04CV504

---

### INCORPORATED MOTION & MEMORANDUM TO AMEND § 2255 MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 15

COMES NOW, <u>Ryan Washington</u>, petitioner <u>pro se</u> in the above captioned and referenced matter, and respectfully moves to amend his pending § 2255 Motion.

As grounds for this amendment of the pending § 2255 Motion, petitioner shows as follows:

<u>JURISDICTION</u>: Amendments to the pleadings in § 2255 Motions are not covered by the collateral attack rules. Rule 12 of the collateral attack rules directs to the Rules of Civil Procedure. Rule 15 deals with amendments.

Amendments typically are appropriate when new claims become available for the first time after the filing of the original action.

FILED 1/26, 2005 GRANTED
SO ORDERED ALAN H. NEVAS, U.S.D.J.