UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RYAN WASHINGTON,** | : | |
|     Petitioner, | : | |
| | : | |
|     v. | : | Crim. No. 3:01CR114(AHN) |
| | : | Civ. No. 3:04CV504(AHN) |
| **UNITED STATES OF AMERICA,** | : | |
|     Respondent. | : | |

## ORDER TO SHOW CAUSE

Upon the petition of RYAN WASHINGTON, the respondent is hereby ORDERED to show cause as to why the relief prayed for in the motion under 28 U.S.C. § 2255 to vacate, set aside or correct should not be granted. The Court further ORDERS that service by the United States Marshal of this Order, together with a copy of the motion on respondent's representative, United States Attorney Office, 157 Church Street, New Haven, CT, on or before August 28, 2005, shall be deemed sufficient. The respondent shall file its response by October 7, 2005.

    SO ORDERED.

    Dated at Bridgeport, Connecticut this 19th day of August, 2005.

 

/s/
Alan H. Nevas,
Senior U.S. District Judge