UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WASHINGTON | : | CRIMINAL No. 3:01CR114(AHN) |
| V. | : | CIVIL No. 3:04CV504(AHN) |
| UNITED STATES OF AMERICA | : | October 7, 2005 |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

On March 24, 2004, the petitioner filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255 raising several claims of ineffective assistance of trial and appellate counsel. On November 12, 2004, the petitioner filed a motion to amend his petition to claim that his appellate counsel had been ineffective for failing to challenge specific sentencing enhancements as contrary to his Sixth Amendment rights. On August 19, 2005, the Court issued an Order to Show Cause requiring the Government to respond to the petitioner's motion on or before October 7, 2005.

By this motion, the Government seeks a thirty-day extension of time to respond to the petitioner's motion. The Government recently discovered that it did not have a copy of the transcript of jury selection in this case. Because it appears that such transcript had been ordered by the petitioner at the time of his direct appeal, the Government does not anticipate a lengthy delay as a result of having to order the transcript. In addition, to the Government's understanding, trial counsel for the petitioner is in the process of reviewing the allegations in the petition and drafting an affidavit to respond to some of those allegations.

For the reasons set forth above, the Government requests that the due date for its response to the § 2255 motion be extended to November 7, 2005.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                _____
BY:    FELICE DUFFY
       ASSISTANT UNITED STATES ATTORNEY

FOR:   ROBERT M. SPECTOR
       ASSISTANT UNITED STATES ATTORNEY
       FEDERAL BAR NO. CT18082
       450 MAIN STREET
       HARTFORD, CT 06103
       860-947-1101

## **CERTIFICATION**

      I hereby certify that a true and correct copy of the foregoing was sent via regular first-class mail, this 7th day of October, 2005 to:

Mr. Ryan Washington  
Inmate Number 67016-053  
USP ALLENWOOD  
U.S. PENITENTIARY  
P.O. BOX 3000  
WHITE DEER, PA 17887

      BY:    FELICE DUFFY  
              ASSISTANT UNITED STATES ATTORNEY

      FOR:   ROBERT M. SPECTOR  
              ASSISTANT UNITED STATES ATTORNEY