UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV 15  P 3: 08
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| RYAN WASHINGTON,<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>    Respondent. | Crim No. 3:01CR114(AHN)<br><br>Civil No. 3:04CV504(AHN) |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___ All purposes, including trial upon written consent by all parties (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_ A ruling on the defendant's motion to vacate his sentence under 28 U.S.C. § 2255: (orefm.)

___ A settlement conference: (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)

___ Other: An advisory opinion on the following question: Did the Declarant properly exclude the implied warranties and/or express warranties? (orefmisc./misc)

SO ORDERED this 15 day of November, 2005, at Bridgeport, Connecticut.

_____
Alan H. Nevas
United States District Judge