United States District Court
District of Connecticut

Re: Ryan Washington
    v.
    United States of America

Criminal No. 3:01 CR 114 (AHN)
Civil No. 3:04 CV 504 (AHN)
November 14, 2005

Dear Clerk,

I write the court concerning an urgent matter. On November 10th, 05 I received in the mail the government's response to my <u>28 USC § 2255 motion to vacate, set aside or correct sentence</u>. As you are aware the following day November 11th, was Veterans Day. The law library was not open and was only open for a half of day on November 12th. The reason I bring this to your attention is that the Institution has been on Lock Down status since November 13th at 7:30 A.M. I am bringing this to the Courts attention so that I may be allowed time to respond back to the governments motion at a time to be fixed by the court. I have taken the liberty to include a memo from the Institution. As I have not heard nothing from the court as of yet in regards to a response. I am hopeful that this letter will suffice.

(2)

in my interest to respond to the governments response. Your immediate attention at this very critical stage will be forever appreciated.

Yours Truely
Mr. Ryan Washington
67016-053
USP Allenwood
P.O. Box 3000
Whitedeer, PA 17887