U. S. Department of Justice

Federal Bureau of Prisons

U.S. Penitentiary, Allenwood

White Deer, PA 17887-3500

November 14, 2005

MEMORANDUM FOR INMATE POPULATION

FROM:        Troy Williamson, Warden

SUBJECT:    Institutional Emergency

Due to a serious incident which occurred on the recreation yard yesterday, the institution will remain secured.

However, accommodations will continue to be made to provide inmates with their medication and meals in their assigned cells. Steps are being taken to return the institution to normal operations as soon as possible.

Any questions or concerns should be directed to your Unit Team.


Noviembre 14, 2005

MEMORANDO PARA LA POBLACION PENAL

DE:         Troy Williamson, Warden

SUJETO:     Emergencia Institucional

Debido a un serio incidente que ocurrio en la yarda de recreacion ayer, la institucion permanecera cerrada.

Sin embargo, las gestiones seran hechas para proveer a los reclusos sus medicinas y comidas en sus celdas. Se estan tomando las medidas necesarias para retornar la institucion a sus operaciones normales tan pronto como sea possible.

Sus preguntas pueden ser dirigidas a cualquiera de los Miembros de su equipo de Unidad.