```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

RYAN WASHINGTON,                :
        Petitioner,             :
                                :
v.                              :   Crim. No. 3:01cr114 (AHN)
                                :   Civ. No. 3:04cv504 (AHN)
UNITED STATES OF AMERICA,       :
        Respondent.             :
```

## RULING ON MOTION FOR RECONSIDERATION

On April 20, 2006, the court approved and adopted Magistrate Judge Fitzsimmons's recommended ruling denying Ryan Washington's ("Washington") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. Washington now moves for the court to reconsider its order adopting the recommended ruling. Washington's motion for reconsideration is GRANTED [doc # 84], and after further review, the court adheres to its original order.

So ordered this 13th day of July, 2006, at Bridgeport, Connecticut.

```
                          _____/s/_____
                          Alan H. Nevas,
                          United States District Judge
```